# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**LUCIUS HIGH & CARLA HILGERT**
on behalf of themselves and all other
similarly situated employees,

    **Plaintiffs,**

v.                                                                    No.: 3:13-cv-0815

**HOSPITAL AUTHORITY OF THE**            **JURY DEMAND**
**METROPOLITAN GOVERNMENT OF**        **FLSA COLLECTIVE ACTION**
**NASHVILLE AND DAVIDSON COUNTY**
**d/b/a NASHVILLE GENERAL HOSPITAL**
**AT MEHARRY,**

    **Defendant.**

## AGREED ORDER

This Agreed Order is before the Court upon the agreement of the parties. Based on the parties agreements, the Court orders as follows:

1. To authorize this case to proceed as a collective action for alleged "off the clock" violations under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) and Tennessee state law, on behalf of non-exempt employees of Defendant during the last three years whose positions involved provision of patient care. Defendant reserves the right to address whether a 2-year or 3-year limitations period would apply under the FLSA. Plaintiff reserves the right to address whether a six year statute of limitation period applies for Plaintiff's state law claims. Solely for the purpose of conditional certification, a 3-year notice period will be used.

2. To authorize the parties to use the Notice to potential opt-in plaintiffs in the form attached hereto as Exhibit A, which will be mailed to former employees of Defendant at the last

known addresses identified by Defendant's personnel records or as corrected by an online search. Notice will be mailed within 30 days of the Court authorizing the issuance of the Notice. The deadline for plaintiffs to opt in to this action shall be 60 days from the date that the Court authorizes issuance of the Notice.

3. To issue an Order tolling the statute of limitations for those opt-in plaintiffs who have not yet filed consents to join this action as of the date this Joint Motion is granted by the Court, so long as they file a Consent within the time period provided in the Notice.

4. To issue an Order that the opt-in plaintiffs' Consent forms be deemed "filed" on the date that they are postmarked.

IT IS SO ORDERED.

12/17/13
Date: _____

_____
JUDGE TRAUGER

APPROVED FOR ENTRY:

GILBERT RUSSELL McWHERTER PLC

s/Michael L. Russell
MICHAEL L. RUSSELL #20268
KARA B. HUNTER #30199
5409 Maryland Way, Suite 150
Brentwood, Tennessee 37027
(615) 354-1144
mrussell@gilbertfirm.com
khunter@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
(731) 664-1340
(731) 664-1540 (Facsimile)
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

_s/*Allison L. Bussell* w/permission_____
Allison L. Bussell (#23538)
Keli J. Oliver (#21023)
R. Alex Dickerson (#27184)
Assistant Metropolitan Attorneys
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341

*ATTORNEYS FOR DEFENDANT*