IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

LUCIUS HIGH and CARLA HILGERT on )
behalf of themselves and all other )
similarly situated employees, )
        Plaintiffs, )
v. ) No. 3:13-CV-0815
HOSPITAL AUTHORITY OF THE ) Judge Trauger
METROPOLITAN GOVERNMENT OF ) Magistrate Judge Knowles
NASHVILLE AND DAVIDSON COUNTY )
d/b/a NASHVILLE GENERAL )
HOSPITAL AT MEHARRY, )
        Defendant. )

## JOINT MOTION TO SUSPEND CASE MANAGEMENT ORDER

The parties hereby respectfully request that the current case management order be suspended pending the outcome the mediation of this matter. That mediation is currently set before Magistrate Judge Griffin on July 17, 2014. Pursuant to the current case management order, the fact discovery deadline in this case was June 30, 2014. Doc. No. 30 The parties spent much of the discovery period attempting to derive and analyze data that could potentially effectuate a settlement of this case through alternative dispute resolution. To that end, the parties have exchanged the necessary data for mediation but have not had the opportunity to engage in other substantive fact discovery such as party depositions and written discovery.

However, in the event the case does not settle at the mediation on July 17, 2014, or the settlement terms are not subsequently approved by the Board of the Metropolitan Hospital Authority, the parties will indeed need to engage in extensive discovery. Accordingly, the parties ask that, should the case not settle through mediation, a follow up case management